UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| KENNETH WHITFIELD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-CV-00245 |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel has indicated that he does not oppose the Defendant's Motion for Remand. For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that the Commissioner's Motion (Doc. No. 17) is GRANTED, and Plaintiff's Motion (Doc. No. 14) is DENIED AS MOOT. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: July 9, 2021

Frank D. Whitney
United States District Judge